

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:06MJ59 |
| vs. | ) | ORDER FOR DISMISSAL |
| JOHN J. GRIMALDO, | ) | |
| Defendant. | ) | |

ON THIS 11th day of August, 2006, this matter is before the Court on the United States' oral Motion for Dismissal (made at the hearing on August 9, 2006).

IT IS HEREBY ORDERED:

The Complaint filed herein is hereby dismissed, with prejudice, as it pertains to the Defendant, John J. Grimaldo.

Dated: August 11, 2006.

BY THE COURT:

F. A. GOSSETT, III
Magistrate Judge, United States District Court